## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VRG LIQUIDATING, LLC, *et al.,*1<br><br>                           Debtors. | Chapter 11<br><br>Case No. 16-10971 (LSS)<br>(Jointly Administered)<br><br>**Related Docket No. 1997** |
| SC LIQUIDATING 2, LLC f/k/a SPORT CHALET, LLC,<br><br>                    Plaintiff,<br><br>       v. | |
| AMPAC Enterprises, Inc. d/b/a All-Star Sporting Goods, | N/A |
| LEEMARC Industries, LLC d/b/a Canari Cycle Wear, | N/A |
| Database Marketing Group, Inc., | Adv. Proc. No. 18-50395 (LSS)<br>**Related Docket No. 14** |
| Kurt Salmon US LLC and Accenture LLP, | Adv. Proc. No. 18-50706 (LSS)<br>**Related Docket No. 4** |
| Yesmail, Inc., | Adv. Proc. No. 18-50700 (LSS)<br>**Related Docket No. 4** |
| Sole Technology, Inc., | Adv. Proc. No. 18-50386 (LSS)<br>**Related Docket No. 10** |
| Express Messenger Systems, Inc. d/b/a Ontrac, | Adv. Proc. No. 18-50393 (LSS)<br>**Related Docket No. 23** |
| Sierra-At-Tahoe LLC, | Adv. Proc. No. 18-50686 (LSS)<br>**Related Docket No. 4** |
| Facility Solutions Group, Inc.<br><br>                   Defendants. | Adv. Pro No. 18-50392 (LSS)<br>**Related Docket No. 11** |

---

1 The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) (1295); VRF Liquidating, LLC (f/k/a Vestis Retail Financing, LLC) (9362); EMSOC Liquidating, LLC (f/k/a EMS Operating Company, LLC) (2061); VIH Liquidating, LLC (f/k/a Vestis IP Holdings, LLC) (2459); BS Liquidating, LLC (f/k/a Bob's Stores, LLC) (4675); EMSA Liquidating, LLC (f/k/a EMS Acquisition LLC) (0322); SC Liquidating 2, LLC (f/k/a Sport Chalet, LLC) (0071); SCVS Liquidating, LLC (f/k/a Sport Chalet Value Services, LLC) (7320); and SCTS Liquidating, LLC (f/k/a Sport Chalet Team Sales, LLC) (8015). The Debtors' executive headquarters are located at 160 Corporate Court, Meriden, CT 06450.

## ORDER GRANTING DEBTORS' FIRST OMNIBUS MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR AN ORDER APPROVING SETTLEMENTS

Upon consideration of the *Debtors' First Omnibus Motion Pursuant to Fed. R. Bankr. P. 9019 for an Order Approving Settlements* (the "Motion");[2] the Certification of No Objection; and notice of the Motion having been adequate; and sufficient legal and factual bases existing for the relief requested, and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157(b)(2); and the Court finding that the settlement agreements were negotiated at arm's length and entered into in good faith by the parties and the consideration to be received by the estates is fair and reasonable, it is hereby

ORDERED that the Motion is GRANTED, and the settlement agreements attached as **Exhibits A through I** to the Motion are hereby approved pursuant to Bankruptcy Rule 9019; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the same meanings given to them in the Motion.

**Dated: September 27th, 2018**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:220955.3 89901/002