# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VRG LIQUIDATING, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 16-10971 (LSS)<br>(Jointly Administered)<br><br>**Related Docket No. 2009** |
| SC LIQUIDATING 2, LLC f/k/a SPORT CHALET, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>AMPAC Enterprises, Inc. d/b/a All-Star Sporting Goods,<br>LEEMARC Industries, LLC d/b/a Canari Cycle Wear,<br>Database Marketing Group, Inc.,<br><br>Kurt Salmon US LLC and Accenture LLP,<br><br>Yesmail, Inc.,<br><br>Sole Technology, Inc.,<br><br>Express Messenger Systems, Inc. d/b/a Ontrac,<br><br>Sierra-At-Tahoe LLC,<br><br>Facility Solutions Group, Inc.<br><br>        Defendants. | N/A<br><br>N/A<br><br>Adv. Proc. No. 18-50395 (LSS)<br>**Related Docket No. 18**<br>Adv. Proc. No. 18-50706 (LSS)<br>**Related Docket No. 7**<br>Adv. Proc. No. 18-50700 (LSS)<br>**Related Docket No. 7**<br>Adv. Proc. No. 18-50386 (LSS)<br>**Related Docket No. 14**<br>Adv. Proc. No. 18-50393 (LSS)<br>**Related Docket No. 27**<br>Adv. Proc. No. 18-50686 (LSS)<br>**Related Docket No. 7**<br>Adv. Pro No. 18-50392 (LSS)<br>**Related Docket No. 15** |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) (1295); VRF Liquidating, LLC (f/k/a Vestis Retail Financing, LLC) (9362); EMSOC Liquidating, LLC (f/k/a EMS Operating Company, LLC) (2061); VIH Liquidating, LLC (f/k/a Vestis IP Holdings, LLC) (2459); BS Liquidating, LLC (f/k/a Bob's Stores, LLC) (4675); EMSA Liquidating, LLC (f/k/a EMS Acquisition LLC) (0322); SC Liquidating 2, LLC (f/k/a Sport Chalet, LLC) (0071); SCVS Liquidating, LLC (f/k/a Sport Chalet Value Services, LLC) (7320); and SCTS Liquidating, LLC (f/k/a Sport Chalet Team Sales, LLC) (8015). The Debtors' executive headquarters are located at 160 Corporate Court, Meriden, CT 06450.

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                                     )SS:
COUNTY OF NEW CASTLE )

Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to SC Liquidating 2, LLC f/k/a Sport Chalet, LLC, in the above-captioned actions, and that on the 3rd day of October, 2018, she caused a copy of the following document(s) to be served upon the individual(s) on the attached service list(s) in the manner indicated:

**[Signed] Order Granting Debtors' First Omnibus Motion Pursuant to Fed. R. Bankr. P. 9019 for an Order Approving Settlements**

_____
Karina Yee

Sworn to and subscribed before
me this 3 day of October, 2018

_____
Notary Public
My Commission Expires: _____

[Notary Seal: ELIZABETH C. THOMAS, MY COMMISSION EXPIRES March 1, 2020, NOTARY PUBLIC, STATE OF DELAWARE]

VRG – Service List re First 9019 Motion re Avoidance Actions
Case No. 16-10971 (LSS)
Document No. 221041
03 – Hand Delivery
11 – First Class Mail

**Hand Delivery**
(Counsel to Database Marketing Group, Inc.)
Curtis A. Hehn, Esq.
Law Office of Curtis A. Hehn
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Express Messenger Systems, Inc. d/b/a Ontrac)
Sommer L. Ross, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

**Hand Delivery**
(Mediator to Express Messenger Systems, Inc. d/b/a Ontrac)
Ian Connor Bifferato, Esq.
The Bifferato Firm
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801

**First Class Mail**
(Counsel to AMPAC Enterprises, Inc. d/b/a All-Star Sporting Goods)
Paul W. Carey, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

**First Class Mail**
(Counsel to AMPAC Enterprises, Inc. d/b/a All-Star Sporting Goods)
Kate P. Foley, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 W. Park Drive, Suite 400
Westborough, MA 01581-3926

**First Class Mail**
(Counsel to LEEMARC Industries, LLC d/b/a Canari Cycle Wear)
Ian Chuang, Esq.
Madden, Jones, Cole & Johnson LLC
400 Spectrum Center Drive, Suite 280
Irvine, CA 92618

**First Class Mail**
(Counsel to Database Marketing Group, Inc.)
Lawrence J. Kaplan, Esq.
Michael D. Breslauer, Esq.
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego, CA 92101

**First Class Mail**
(Counsel to Kurt Salmon US LLC and Accenture LLP)
Damon Newman, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
Willis Tower, 70th Floor
233 S. Wacker Drive
Chicago, IL 60606

**First Class Mail**
(Counsel to Yesmail, Inc.,)
Donald L. Swanson, Esq.
Koley Jessen P.C., L.L.O.
1125 S. 103rd Street, Suite 800
Omaha, NE 68124

**First Class Mail**
(Counsel to Sole Technology, Inc.)
Mike Neue, Esq.
Dynamic Law Group, PC
120 Newport Center Drive
Newport Beach, CA 92660

**First Class Mail**
(Counsel to Express Messenger Systems,
Inc. d/b/a Ontrac)
Jill H. Perrella, Esq.
Snell & Wilmer L.L.P.
One S. Church Avenue, Suite 1500
Tucson, AZ 85701-1630

**First Class Mail**
(Counsel to Express Messenger Systems,
Inc. d/b/a Ontrac)
Eric S. Pezold, Esq.
Snell & Wilmer LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689

**First Class Mail**
(Counsel to Sierra-At-Tahoe LLC)
Stephen J. Dietrich, Esq.
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, CO 80202

**First Class Mail**
Facility Solutions Group, Inc.
Attn: Sharon Kreidel, Credit Manager
4401 Westgate Blvd., Suite 310
Austin, TX 78745

VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) 2002 Service List
Case Number: 16-10971 (LSS)
Document No. 217120
032 - Hand Delivery
104 - First Class Mail

**Hand Delivery**
Young Conaway Stargatt & Taylor, LLP
Robert S. Brady, Esquire
Robert F. Poppiti, Jr., Esquire
1000 North King Street
Rodney Square
Wilmington, DE 19801

**Hand Delivery**
Ballard Spahr LLP
Leslie Heilman, Esquire
Matthew Summers, Esquire
919 Market Street, 11th Fl
Wilmington, DE 19801

**Hand Delivery**
Barnes & Thornburg LLP
David M Powlen, Esquire
Kevin G Collins, Esquire
1000 N West Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
Bayard, P.A.
Scott D. Cousins, Esquire
Evan T. Miller, Esquire
GianClaudio Finizio, Esquire
600 N. King Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Bayard, P.A.
Justin R. Alberto, Esquire
600 N. King Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Blank Rome LLP
Victoria A. Guilfoyle, Esquire
1201 Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
Ciardi Ciardi & Astin
Daniel K. Astin, Esquire
John D. McLaughlin, Jr., Esquire
Joseph J. McMahon, Jr., Esquire
1204 N. King Street
Wilmington, DE 19801

**Hand Delivery**
Clark Hill PLC
Karen M Grivner, Esquire
824 N Market Street, Suite 710
Wilmington, DE 19801

**Hand Delivery**
Connolly Gallagher LLP
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
100 North West Street, Suite 1400
Wilmington, DE 19801

**Hand Delivery**
Cozen O'Connor
Keith L. Kleinman, Esquire
Mark E. Felger, Esquire
1201 North Market Street, Suite 1001
Wilmington, DE 19801

**Hand Delivery**
Delaware Attorney General
Matthew Denn, Esquire
Carvel State Office Building
820 N French St
Wilmington, DE 19801

**Hand Delivery**
Delaware Dept of Justice
Attn Bankruptcy Dept
820 N French Street, 6th Floor
Wilmington, DE 19801

**Hand Delivery**
Duane Morris LLP
Michael R. Lastowski, Esquire
Jarret P. Hitchings, Esquire
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

**Hand Delivery**
Fox Rothschild LLP
L. John Bird, Esquire
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801

**Hand Delivery**
Gellert Scali Busenkell & Brown LLC
Margaret F England, Esquire
1201 N Orange Street, Suite 300
Wilmington, DE 19801

**Hand Delivery**
Greenberg Traurig, LLP
Dennis A. Meloro, Esquire
Justin E. Mann, Esquire
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Klehr Harrison Harvey Branzburg LLP
Domenic E Pacitti, Esquire
919 Market Street, Suite 1000
Wilmington, DE 19801-3062

**Hand Delivery**
McCabe Weisberg & Conway PC
Janet Z Charlton, Esquire
Chase N Miler, Esquire
Kristi J Doughty, Esquire
Michael K Pak, Esquire
1407 Foulk Road, Suite 102
Foulkstone Plaza
Wilmington, DE 19803

**Hand Delivery**
McElroy, Deutsch, Mulvaney & Carpenter, LLP
David P. Primack, Esquire
300 Delaware Avenue, Suite 770
Wilmington, DE 19801

**Hand Delivery**
Monzack Mersky McLaughlin and Browder, P.A
Rachel B Mersky, Esquire
Brian J McLaughlin, Esquire
1201 N Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Morris James LLP
Eric J. Monzo, Esquire
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899-2306

**Hand Delivery**
Office of the United States TruSuitee Delaware
Jane Leamy, Esquire
Tim Fox, Esquire
844 King St Suite 2207
Lockbox 35
Wilmington, DE 19899-0035

**Hand Delivery**
Pepper Hamilton LLP
John H. Schanne, II, Esquire
Michael J Custer, Esquire
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709

**Hand Delivery**
Polsinelli PC
Christopher A. Ward, Esquire
Shanti M. Katona, Esquire
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**Hand Delivery**
Richards, Layton & Finger, P.A.
Daniel J. DeFranceschi, Esquire
Amanda R. Suiteele, Esquire
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
Rosenthal Monhait & Goddess PA
Norman M Monhait, Esquire
919 N Market Street, Suite 1401
Wilmington, DE 19801

**Hand Delivery**
Saul Ewing LLP
Mark Minuti, Esquire
Teresa K.D. Currier, Esquire
1201 N Martket Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

**Hand Delivery**
Seitz, Van Ogtrop & Green, P.A.
Robert Karl Hill, Esquire
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

**Hand Delivery**
The Law Office of James Tobia, LLC
James Tobia, Esquire
1716 Wawaset Street
Wilmington, DE 19806

**Hand Delivery**
US Attorney for Delaware
Charles Oberly, Esquire c/o Ellen Slights, Esquire
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19899

**Hand Delivery**
Whiteford Taylor & Preston LLC
Thomas J. Francella, Jr., Esquire
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

**Hand Delivery**
Womble Bond Dickinson (US) LLP
Mark L Desgrosseilliers, Esquire
Morgan L. Patterson, Esquire
Kevin J Mangan, Esquire
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**First Class Mail**
Klee, Tuchin, Bogdanoff & Suitern LLP
Michael L. Tuchin, Esquire
Lee R. Bogdanoff, Esquire
Martin N. Kostov, Esquire
Kathryn T. Zwicker, Esquire
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049

**First Class Mail**
KCC
P. Joe Morrow IV
2335 Alaska Avenue
El Segundo, CA 19801

**First Class Mail**
Ballard Spahr LLP
David L Pollack, Esquire
Mellon Bank Center
1735 Market Street, 51st Floor
Philadelphia, PA 19103

**First Class Mail**
Ballard Spahr LLP
Dustin P. Branch, Esquire
2029 Century Park East, Suite 2800
Los Angeles, CA 90067-2909

**First Class Mail**
Bewley, Lassleben & Miller, LLP
Ernie Zachary Park, Esquire
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797

**First Class Mail**
Binder & Malter LLP
Michael W. Malter, Esquire
Julie H. Rome-Banks, Esquire
2775 Park Avenue
Santa Clara, CA 95050

**First Class Mail**
Blank Rome LLP
Joel Charles Shapiro, Esquire
One Logan Square
130 North 18th Street
Philadelphia PA 19103-6998

**First Class Mail**
Borges & Associates, LLC
Wanda Borges, Esquire
575 Underhill Boulevard, Suite 118
Syosset., NY 11791

**First Class Mail**
Brown & Connery, LLP
Donald K. Ludman, Esquire
6 North Broad Street, Suite 100
Woodbury, NJ 08096

**First Class Mail**
Buchalter Nemer, A Professional Corporation
Shawn M. Christianson, Esquire
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

**First Class Mail**
Casner & Edwards, LLP
Michael J. Goldberg, Esquire
303 Congress Street
Boston, MA 02210

**First Class Mail**
Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103

**First Class Mail**
Clark Hill PLC
David M Blau, Esquire
151 S Old Woodward Avenue, Suite 200
Birmingham, MI 48009

**First Class Mail**
Commonwealth of Pennsylvania
Department of Labor and Industry
Amy Weikel
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA 17121

**First Class Mail**
Cooley LLP
Jay R. Indyke, Esquire
Cathy Hershcopf, Esquire
Jeffrey L. Cohen, Esquire
Richelle Kalnit, Esquire
The Grace Building
1114 Avenue of the Americas
New York, NY 10036

**First Class Mail**
Curtis Mallet-Prevost Colt & Mosle LLP
Steven J Reisman, Esquire
Cindi Eilbott Giglio, Esquire
101 Park Avenue
New York, NY 10178-0061

**First Class Mail**
CVS Pharmacy, Inc.
Attn: Chris Willis
One CVS Drive
Woonsocket, RI 02895

**First Class Mail**
DDR Corp.
Renee B. Weiss, Esquire
3300 Enterprise Parkway
PO Box 228042
Beachwood, OH 44122

**First Class Mail**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

**First Class Mail**
Delaware State Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**First Class Mail**
Donald C. Cowan, Jr.
1265 Scottsville Road
RocheSuiter, NY 14624

**First Class Mail**
Dunn Carney Allen Higgins & Tongue, LLP
Christopher L. Parnell, Esquire
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357

**First Class Mail**
Dunn Carney Allen Higgins & Tongue, LLP
Kenneth S. Antell, Esquire
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357

**First Class Mail**
Edison McDowell & Hetherington LLP
Joseph E Bain, Esquire
1001 Fannin Street, Suite 2700
Houston, TX 77002

**First Class Mail**
Elkins Kalt Weintraub Reuben Gartside LLP
Eric Lorenzini, Esquire
2049 Century Park East, Suite 2700
Los Angeles, CA 90067

**First Class Mail**
Epps & Coulson, LLP
Dawn M. Coulson, Esquire
707 Wilshire Boulevard, Suite 3000
Los Angeles, CA 90017

**First Class Mail**
Fox Rothschild LLP
Dana Katz, Esquire
1225 17th Street, Suite 2200
Denver CO 80202

**First Class Mail**
Frankgecker LLP
Joseph D. Frank, Esquire
Jeremy C. Kleinman, Esquire
325 North LaSalle Street, Suite 625
Chicago, IL 60654

**First Class Mail**
Friedman Law Group, P.C.
J. Bennett Friedman, Esquire
Michael Sobkowiak, Esquire
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

**First Class Mail**
Frost Brown Todd LLC
Ronald E Gold, Esquire
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

**First Class Mail**
Goulston & Storrs PC
James F. Wallack, Esquire
Vanessa P. Moody, Esquire
400 Atlantic Avenue
Boston, MA 02110-3333

**First Class Mail**
Graydon Head & Ritchey LLP
J. Michael Debbeler, Esquire
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

**First Class Mail**
Greenberg Traurig, LLP
Jeffrey M. Wolf, Esquire
One International Place
Boston, MA 02110

**First Class Mail**
Halloran & Sage LLP
Craig I. Lifland, Esquire
225 Asylum Street
Hartford, CT 06103

**First Class Mail**
Hinckley Allen
Jennifer V. Doran, Esquire
28 State Street
Boston, MA 02109-1775

**First Class Mail**
Hinds & Shankman, LLP
Paul R. Shankman, Esquire
21257 Hawthorne Boulevard, 2nd Floor
Torrance, CA 90503

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Internal Revenue Service
Attn Susanne Larson
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

**First Class Mail**
Jones & Associates
Roland Gary Jones, Esquire
1745 Broadway, 17th Floor
New York, NY 10019

**First Class Mail**
Kelley Drye & Warren LLP
Robert L. LeHane, Esquire
Jennifer D. Raviele, Esquire
101 Park Avenue
New York, NY 10178

**First Class Mail**
Kern County Treasurer and Tax Collector's Office
Linda Delgado
Attn: Bankruptcy Division
PO Box 579
Bakersfield, CA 93302-0579

**First Class Mail**
Klehr Harrison Harvey Branzburg LLP
Morton R Branzburg, Esquire
1835 Market Street
Philadelphia PA 19103

**First Class Mail**
Kohner, Mann & Kailas, S.C.
Samuel C. Wisotzkey, Esquire
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059

**First Class Mail**
Kroll, McNamara, Evans & Delehanty, LLP
Douglas M. Evans, Esquire
65 Memorial Road, Suite 300
West Hartford, CT 06107

**First Class Mail**
Landsberg Law, APC
Ian S. Landsberg, Esquire
9300 Wilshire Boulevard, Suite 565
Beverly Hills, CA 90212

**First Class Mail**
Lazarus & Lazarus, P.C.
Harlan M. Lazarus, Esquire
240 Madison Avenue, 8th Floor
New York, NY 10016

**First Class Mail**
LeClairRyan
Niclas A. Ferland, Esquire
Ilan Markus, Esquire
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

**First Class Mail**
Lesnick, Prince & Pappas LLP
Matthew A. Lesnick, Esquire
185 Pier Avenue, Suite 103
San ta Monica, CA 90405

**First Class Mail**
Levi Strauss & Co. Inc.
Michael Fletcher
3125 Chad Drive
Eugene, OR 97408

**First Class Mail**
Mares, SSI a division of HEAD US
Peggy Raveling, Credit Manager
3125 S. Suiterling Circle, Suite 101
Boulder, CI 80301

**First Class Mail**
Maricopa County Attorneys Office
Peter Muthig, Esquire
Civil Services Division
222 N Central Avenue, Suite 1100
Phoenix, AZ 85004-2206

**First Class Mail**
Matalon Shweky Elman
Joseph Lee Matalon, Esquire
450 Seventh Avenue, 33rd Floor
New York, NY 10123

**First Class Mail**
Menter, Rudin & Trivelpiece, P.C.
Kevin M. Newman, Esquire
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1439

**First Class Mail**
Mitchell, McNutt & Sams, P.A.
D. Andrew Phillips, Esquire
PO Box 947
Oxford, MS 38655-0947

**First Class Mail**
Morris Polich & Purdy LLP
Candace C. Carlyon, Esquire
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

**First Class Mail**
Morris, Manning & Martin, LLP
Lisa Wolgast, Esquire
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

**First Class Mail**
Moye White LLP
Timothy M Swanson, Esquire
1400 16th Street, Suite 600
Denver, CO 80202

**First Class Mail**
Murtha Cullina LLP
Robert E. Kaelin, Esquire
CityPlace I - 185 Asylum Street
Hartford, CT 06103-3469

**First Class Mail**
New York State Department of Taxation and Finance
Robert L. Cook
340 East Main Street
RocheSuiter, NY 14604

**First Class Mail**
Nike USA, Inc.
Kim Suitewart
One Bowerman Drive
Beaverton, OR 97005

**First Class Mail**
Nixon Peabody LLP
Victor G. Milione, Esquire
Christopher J. Fong, Esquire
437 Madison Avenue
New York, NY 10022

**First Class Mail**
Norris McLaughlin & Marcus, P.A.
Bruce J. Wisotsky, Esquire
Melissa A. Pena, Esquire
875 Third Avenue, 8th Floor
New York, NY 10022

**First Class Mail**
Obermayer Rebmann Maxwell & Hippel LLP
D. Alexander Barnes, Esquire
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

**First Class Mail**
Otterbourg P.C.
Jonathan N. Helfat, Esquire
230 Park Avenue
New York, NY 10169

**First Class Mail**
Patraswilliams,LLC
Amy M. Williams, Esquire
14 Countryside Lane,Suite100
Ringwood, NJ 07456

**First Class Mail**
Pepper Hamilton LLP
Francis J. Lawall, Esquire
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

**First Class Mail**
Porzio, Bromberg & Newman, P.C.
Brett S. Moore, Esquire
156 West 56th Street, Suite 803
New York, NY 10019-3800

**First Class Mail**
Primmer Piper Eggleston & Cramer PC
Douglas J. Wolinsky, Esquire
Alexandra E. Edelman, Esquire
150 South Champlain Street
PO Box 1489
Burlington, VT 05401

**First Class Mail**
Procopio, Cory, Hargreaves & Savitch LLP
Gerald P. Kennedy, Esquire
525 B Street, Suite 2200
San Diego, CA 92101

**First Class Mail**
Regency Centers, L.P.
Ernst A. Bell, Esquire
One Independent Drive, Suite 114
Jacksonville, FL 32276

**First Class Mail**
Riddell Williams P.S.
Maria A. Milano, Esquire
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

**First Class Mail**
Rosenberg Calica & Birney LLP
Robert J Howard, Esquire
Edward M Ross, Esquire
100 Garden City Plaza
Garden City, NY 11530

**First Class Mail**
Rosenthal & Rosenthal, Inc.
Anthony DiTirro, Esquire
1370 Broadway
New York, NY 10018

**First Class Mail**
Ruskin Moscou Faltischek, PC
Jeffrey A Wurst, Esquire
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

**First Class Mail**
Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington DC 20549

**First Class Mail**
Securities & Exchange Commission
Sharon Binger
Regional Director
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103

**First Class Mail**
Securities & Exchange Commission NY Office
Andrew Calamari
Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

**First Class Mail**
Shapiro Croland Reiser Apfel & Di Iorio LLP
Continental Plaza II, Esquire
411 Hackensack Avenue, 6th Floor
Hackensack, NJ 07601

**First Class Mail**
Sills Cummis & Gross P.C.
Andrew H. Sherman, Esquire
Valerie A. Hamilton, Esquire
One Riverfront Plaza
Newark, NJ 07102

**First Class Mail**
Simon Property Group, Inc.
Ronald M. Tucker, Esquire
225 West Washington Street
Indianapolis, IN 46204

**First Class Mail**
Sirlin Lesser & Benson, P.C.
Dana S. Plon, Esquire
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

**First Class Mail**
Stark & Stark, P.C.
Joseph H. Lemkin, Esquire
PO Box 5315
Princeton, NJ 08543

**First Class Mail**
Stark & Stark, P.C.
Thomas S. Onder, Esquire
PO Box 5315
Princeton, NJ 08543

**First Class Mail**
Streusand, Landon & Ozburn, LLP
G James Landon, Esquire
811 Barton Springs Road, Suite 811
Austin, TX 78704

**First Class Mail**
Sullivan & Cromwell LLP
Michael H. Torkin, Esquire
S. Neal McKnight, Esquire
Noam R Weiss, Esquire
125 Broad Street
New York, NY 10004

**First Class Mail**
SulmeyerKupetz, A Professional Corporation
David S. Kupetz, Esquire
333 S. Hope Street, 35th Floor
Los Angeles, CA 90071

**First Class Mail**
Synchrony Bank
Ramesh Singh
25 SE 2nd Avenue, Suite 1120
c/o Recovery Management Systems
Miami, FL 33131-1605

**First Class Mail**
The Reimann Law Group
David W. Reimann, Esquire
1960 East Grand Avenue, Suite 1165
El Segundo, CA 90245

**First Class Mail**
Tiemstra Law Group PC
James A Tiemstra, Esquire
Lisa Lenherr, Esquire
1111 Broadway, Suite 1501
Oakland, CA 94607-4036

**First Class Mail**
Trainor Fairbrook
Jennifer L. Pruski, Esquire
PO Box 255824
Sacramento, CA 95865

**First Class Mail**
Treasurer Tax Collector
Ronak N Patel
3960 Orange Street, Suite 500
Riverside, CA 92501

**First Class Mail**
Tulare Tax Collector
Michael See
Deputy Tax Collector
221 S Mooney Boulevard, Room 104 E
Visalia, CA 93291-4593

**First Class Mail**
Ulmer & Berne LLP
Richard G. Hardy, Esquire
Todd A. Atkinson, Esquire
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448

**First Class Mail**
Under Armor Inc.
Kimberly Troast
2601 Port Covington Drive
Baltimore, MD 21230

**First Class Mail**
Vestis BSI Funding II, LLC
Attention: General Counsel
2929 Arch Street, Suite 1800
c/o Versa Capital Management, LLC
Philadelphia, PA 19104-7324

**First Class Mail**
VF Outdoor, LLC
Darin Newton
N. 850 County Highway, CB
Appleton, WI 54914

**First Class Mail**
Warner Norcross & Judd LLP
Gordon J Toering, Esquire
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

**First Class Mail**
Wells Fargo Bank, National Association
Adam D. Salter
One Boston Place, 18th Floor
Boston, MA 02108

**First Class Mail**
Wells Fargo Capital Finance, LLL
Attention: Portfolio Manager - Vestis
One Boston Place, 18th Floor
Boston, MA 02108

**First Class Mail**
Weltman, Weinberg & Reis Co., L.P.A.
Scott D. Fink, Esquire
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH 44113-1099

**First Class Mail**
Wolverine Worldwide, Inc.
Stephanie Rectenwal
HC-1-24, 9341 Courtland Drive NE
Rockford, MI 49351

**First Class Mail**
(Counsel for Oracle America, Inc.)
Amish R. Doshi, Esquire
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042

**First Class Mail**
(Counsel for Database Marketing Group, Inc)
Michael D. Breslauer, Esquire
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101