**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>VRG Liquidating, LLC, *et al*.,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 16-10971 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF P. JOSEPH MORROW IV OF KURTZMAN CARSON CONSULTANTS LLC REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE FIRST AMENDED JOINT PLAN OF LIQUIDATION OF VRG LIQUIDATING, LLC AND ITS CHAPTER 11 AFFILIATES AND THEIR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

I, P. Joseph Morrow IV, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.　　　　I am a Vice President of Corporation Restructuring Services employed by Kurtzman Carson Consultants LLC ("KCC"), whose main business address is 2335 Alaska Avenue, El Segundo, California 90245.

2.　　　　I submit this declaration (the "Declaration") with respect to the solicitation of votes and the tabulation of ballots cast on the *First Amended Joint Plan of Liquidation of VRG Liquidating, LLC and its Chapter 11 Affiliates and Their Official Committee of Unsecured Creditors*, dated October 9, 2018, and attached as Exhibit A to the Disclosure Statement (including all exhibits thereto, the "Plan")[2]. Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) (1295); VRF Liquidating, LLC (f/k/a Vestis Retail Financing, LLC) (9362); EMSOC Liquidating, LLC (f/k/a EMS Operating Company, LLC) (2061); VIH Liquidating, LLC (f/k/a Vestis IP Holdings, LLC) (2459); BS Liquidating, LLC (f/k/a Bob's Stores, LLC) (4675); EMSA Liquidating, LLC (f/k/a EMS Acquisition LLC) (0322); SC Liquidating 2, LLC (f/k/a Sport Chalet, LLC) (0071); SCVS Liquidating, LLC (f/k/a Sport Chalet Value Services, LLC) (7320); and SCTS Liquidating, LLC (f/k/a Sport Chalet Team Sales, LLC) (8015). The Debtors' executive headquarters are located at 160 Corporate Court, Meriden, CT 06450.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.

supervision, and my review of relevant documents. I am authorized to submit this Declaration on behalf of KCC. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. The Bankruptcy Court authorized KCC's retention as (a) administrative agent to the Debtors pursuant to the *Order Pursuant to 11 U.S.C. §§ 327(a), 328, and 330, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rules 2014-1 and 2016-2 Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC, as Administrative Agent for the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 250] and (b) the Debtors' claims and noticing agent pursuant to the *Order Authorizing the Retention and Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 47] (together, the "Retention Orders"). The Retention Orders authorize KCC to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. KCC and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

4. Pursuant to the *Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Solicitation Packages and Procedures and Deadlines For Soliciting, Receiving and Tabulating Votes on the Plan, and (V) Approving the Form of Ballot and Notice to Non-Voting Plan Classes* [Docket No. 2074] (the "Disclosure Statement Order"), the Bankruptcy Court established procedures to solicit votes from and tabulate ballots submitted by Holders of Claims and Equity Interests entitled to vote on the Plan

(the "Solicitation Procedures"). KCC adhered to the Solicitation Procedures outlined in the Disclosure Statement Order and the ballots distributed to parties entitled to vote on the Plan. I supervised the solicitation and tabulation performed by KCC's employees.

5. The Solicitation Procedures established November 13, 2018 as the record date (the "Voting Record Date") for determining which Holders of Claims and Equity Interests were entitled to vote on the Plan. Pursuant to the Plan and the Solicitation Procedures, only Holders as of the Voting Record Date in Class 3 (General Unsecured Claims) (the "Voting Class") were entitled to vote to accept or reject the Plan. No other Classes were entitled to vote on the Plan.

6. In accordance with the Solicitation Procedures, KCC worked closely with the Debtors' advisors to identify the Holders in the Voting Classes entitled to vote as of the Voting Record Date, and to coordinate the distribution of solicitation materials to such Holders. A detailed description of KCC's distribution of solicitation materials is set forth in the *Affidavit of Service*, which was filed with the Bankruptcy Court on November 21, 2018 [Docket No. 2085]. Additionally, a supplemental *Affidavit of Service* was filed with the Bankruptcy Court on December 3, 2018 [Docket No. 2095].

7. In accordance with the Solicitation Procedures, KCC received, reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan. Each ballot submitted to KCC was date-stamped, scanned, assigned a ballot number, entered into KCC's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's representative), (c) returned to KCC via an approved method of delivery set forth in the Solicitation Procedures unless the delivery method requirement was waived by the Debtors, and

(d) received by KCC on or before 4:00 p.m. (prevailing Eastern Time) on December 14, 2018, unless such deadline was extended by the Debtors in accordance with the Solicitation Procedures Order (the "Voting Deadline").

8.  All valid ballots cast by Holders in the Voting Class and received by KCC on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures.

9.  The final tabulation of votes cast by timely and properly completed ballots received by KCC is attached hereto as Exhibit A.

10. A report of all ballots included in the final tabulation prepared by KCC is attached hereto as Exhibit B.

11. A report of any parties in the Voting Class that checked the opt-out box on their ballots is attached hereto as Exhibit C. For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any opt-out elections received and reported on Exhibit C hereto, but rather this Declaration is providing such information for reporting and informational purposes only.

12. A report of any parties in the Voting Class that were not included in the tabulation is attached hereto as Exhibit D. All such ballots were not counted because the creditors' ballots either were received after the Voting Deadline, did not bear an original signature, did not indicate whether the creditor voted to accept or reject the Plan (*i.e.,* they abstained), or were not submitted by or on behalf of a record date holder in the Voting Class (*i.e.* not listed).

## Conclusion

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission and tabulation of ballots in connection with the Plan is true and correct.

Executed on December 20, 2018

                                                        P. Joseph Morrow IV
                                                       Kurtzman Carson Consultants LLC