# Exhibit A

Exhibit A-1
Voting Tabulation Summary
Consolidated

| Class | Ballots Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 - General Unsecured Claims | 33 | 274 | 261 | 13 | 95.26 | 4.74 | $18,936,079.91 | $17,576,184.28 | $1,359,895.63 | 92.82 | 7.18 |

Exhibit A-2
Voting Tabulation Summary
Debtor by Debtor*

| Debtor Name | Vote | Count of Vote | Vote % | Sum | $ % |
|---|---|---|---|---|---|
| **BS Liquidating, LLC** | Accept | 51 | 94.44% | $3,419,395.00 | 84.68% |
| | Reject | 3 | 5.56% | $618,774.65 | 15.32% |
| **EMSOC Liquidating, LLC** | Accept | 46 | 97.87% | $2,648,076.15 | 98.53% |
| | Reject | 1 | 2.13% | $39,391.31 | 1.47% |
| **SC Liquidating 2, LLC** | Accept | 136 | 95.10% | $9,500,873.60 | 99.08% |
| | Reject | 7 | 4.90% | $88,668.09 | 0.92% |
| **SCTS Liquidating, LLC** | Accept | 12 | 100.00% | $43,970.13 | 100.00% |
| | Reject | 0 | 0.00% | $0.00 | 0.00% |
| **VRF Liquidating, LLC** | Accept | 1 | 100.00% | $3,197.76 | 100.00% |
| | Reject | 0 | 0.00% | $0.00 | 0.00% |
| **VRG Liquidating, LLC** | Accept | 55 | 96.49% | $1,960,671.64 | 76.18% |
| | Reject | 2 | 3.51% | $613,061.58 | 23.82% |

*Please note the change in numerosity between the consolidated results and the debtor by debtor results is due to the aggregation of claims and votes for parties with eligible claims against multiple debtors.

# Exhibit B

Exhibit B
Class 3 Ballot Detail

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Acorn Paper Products | 12/13/2018 | 257 | $2,802.40 | Accept |
| Adventure Medical Kits, I | 11/27/2018 | 49 | $123,177.21 | Accept |
| AHNU FOOTWEAR BRAND | 12/06/2018 | 185 | $68,471.66 | Accept |
| Alan Bannister | 12/11/2018 | 241 | $9,690.00 | Accept |
| All American Waste | 11/26/2018 | 31 | $159.53 | Accept |
| All Waste, Inc. | 11/27/2018 | 42 | $2,218.78 | Accept |
| Allcasion Travelware Company | 12/13/2018 | 260 | $440.05 | Accept |
| Allen Menard | 12/03/2018 | 115 | $150.00 | Accept |
| Amer Sports Winter & Outdoor Company | 12/10/2018 | 233 | $184,506.01 | Accept |
| American Accessories Inc | 12/11/2018 | 243 | $92,255.75 | Accept |
| Appalachian Trail Conservancy | 12/03/2018 | 121 | $14,614.99 | Accept |
| Asolo USA | 11/29/2018 | 93 | $157,174.04 | Accept |
| Automotive Rentals, Inc | 12/04/2018 | 164 | $140.19 | Accept |
| Avery Dennison | 12/13/2018 | 65 | $1,361.60 | Accept |
| Avet Reels Inc. | 11/26/2018 | 18 | $7,616.60 | Accept |
| Baltimore Gas and Electric Co | 12/10/2018 | 197 | $516.80 | Accept |
| Bauer Compressors | 11/30/2018 | 105 | $350.00 | Accept |
| BBC International LLC | 12/10/2018 | 194 | $9,684.00 | Accept |
| BDI Bicycle Dealer Imports | 12/14/2018 | 287 | $1,500.00 | Accept |
| Beauchamp Family LLC | 12/04/2018 | 168 | $813,836.38 | Accept |
| Bellweather | 11/30/2018 | 100 | $5,010.28 | Accept |
| Berkley International Packaging | 11/28/2018 | 85 | $30.38 | Accept |
| Boelter Brands LLC | 12/10/2018 | 217 | $2,367.00 | Accept |
| Branches LLC | 12/10/2018 | 222 | $75,433.21 | Accept |
| Brilliance Pool & Spa | 12/13/2018 | 264 | $1,432.25 | Accept |
| Brixen and Sons, Inc. | 12/13/2018 | 267 | $108,349.23 | Accept |
| BYER OF MAINE | 12/07/2018 | 193 | $16,914.44 | Accept |
| Calvanico-Pollio, Melissa | 11/27/2018 | 36 | $400.00 | Accept |
| Camelbak Products LLC | 11/27/2018 | 57 | $148,472.90 | Accept |
| CAPREF Burbank LLC | 12/04/2018 | 154 | $777,636.01 | Accept |
| Carol Pentlarge | 11/30/2018 | 104 | $1,400.00 | Accept |
| Casey Ames | 11/29/2018 | 88 | $80.00 | Accept |
| Cateye America, INC | 12/04/2018 | 169 | $22,455.13 | Accept |
| City of Oxnard | 12/13/2018 | 263 | $949.08 | Accept |
| Clearview Systems, Inc., d/b/a RIP-IT Sporting Goods | 12/10/2018 | 210 | $46,840.90 | Accept |
| Clif Bar & Company | 12/10/2018 | 227 | $57,765.94 | Accept |
| Colleen McDuffie | 11/26/2018 | 6 | $75.00 | Accept |
| Columbia Gas of Massachusetts | 12/04/2018 | 148 | $5,699.63 | Reject |
| COLUMBIA RIVER KNIFE & TO | 11/27/2018 | 47 | $1,440.00 | Accept |
| Columbia Sportswear | 12/06/2018 | 187 | $471,620.10 | Accept |
| Columbia Sportswear - Sorel | 12/06/2018 | 176 | $40,516.80 | Accept |
| Commercial Air Services | 12/04/2018 | 147 | $14,433.70 | Accept |
| Connelly Skis, Inc. | 11/27/2018 | 54 | $108,407.99 | Accept |
| Cooperative Communications Inc | 12/03/2018 | 130 | $25.93 | Accept |
| COR Route 5 Company, LLC | 12/14/2018 | 282 | $39,391.31 | Reject |
| COSTA DEL MAR SUNGLASSES | 12/14/2018 | 280 | $1,006.65 | Accept |
| Cpt Network Solutions, Inc. | 12/10/2018 | 203 | $27,749.05 | Accept |
| Cramer Decker Industries | 11/26/2018 | 4 | $79,227.29 | Accept |

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| CRAMER PRODUCTS | 11/26/2018 | 7 | $570.76 | Accept |
| Cressi-sub USA, Inc | 12/12/2018 | 250 | $15,411.65 | Accept |
| Cross-Fire & Security Co., Inc. | 11/27/2018 | 44 | $620.59 | Accept |
| Crown Equipment Corp | 12/14/2018 | 275 | $134.00 | Accept |
| Crown Lift Trucks | 12/14/2018 | 274 | $1,454.11 | Accept |
| CTR PEST MANAGEMENT | 11/28/2018 | 75 | $75.00 | Accept |
| Dainty Rubbish Service, Inc. | 11/27/2018 | 41 | $643.95 | Accept |
| Daisy Marco | 11/26/2018 | 8 | $66.95 | Accept |
| Daniel Villagrana | 12/04/2018 | 165 | $1,000.00 | Accept |
| Dave Sussman | 11/29/2018 | 92 | $1.00 | Accept |
| DC Shoes, Inc. | 11/28/2018 | 82 | $92,267.28 | Accept |
| Deerfield Advisors, LLC | 12/10/2018 | 205 | $21,160.50 | Accept |
| DFX Sports & Fitness | 11/28/2018 | 83 | $1,804.70 | Accept |
| DIAMOND SPORTS | 11/26/2018 | 22 | $30,791.85 | Accept |
| Don Jacobs Htg and A/C Inc | 11/30/2018 | 96 | $47,425.08 | Accept |
| Don Martin and Co | 11/26/2018 | 33 | $712.95 | Accept |
| Dupli Envelope & Graphics Matt Industries | 12/03/2018 | 120 | $512.32 | Accept |
| DYNAMIC BRANDS | 12/11/2018 | 239 | $11,520.00 | Accept |
| EARTH, INC | 12/03/2018 | 116 | $7,128.00 | Accept |
| EB Industries Inc | 12/06/2018 | 175 | $52,531.01 | Accept |
| EK Ekcessories | 12/03/2018 | 114 | $10,290.00 | Accept |
| Enterprise Systems Solutions Corp. | 12/06/2018 | 174 | $149,400.64 | Accept |
| EQUINOX LTD | 12/04/2018 | 143 | $329.73 | Accept |
| Essentials New York LLC | 11/26/2018 | 30 | $8,944.65 | Accept |
| EVOLV SPORTS & DESIGNS LL | 12/13/2018 | 265 | $7,201.58 | Accept |
| Exact Marketing. Inc. | 12/03/2018 | 125 | $46,975.20 | Accept |
| Executive Safe and Security Corporation dba Amphion | 12/03/2018 | 137 | $1,405.45 | Accept |
| Fandom Marketing, Inc. | 12/10/2018 | 223 | $22,055.22 | Reject |
| Feedback Sports LLC | 12/11/2018 | 235 | $1,636.87 | Accept |
| Five Ten, Inc. | 11/29/2018 | 95 | $10,637.02 | Accept |
| Flux Binding Systems | 12/13/2018 | 254 | $38,534.40 | Accept |
| Garda CI Central Inc Co 270 | 12/04/2018 | 160 | $18,746.10 | Accept |
| Genesco Inc. | 11/27/2018 | 39 | $70,591.50 | Accept |
| GForce Corp | 11/28/2018 | 81 | $1,615.20 | Accept |
| GGS Partners, LLC | 11/30/2018 | 106 | $9,380.47 | Accept |
| Glacier Outdoor, Inc. | 11/26/2018 | 5 | $1,854.60 | Accept |
| Goal Zero, LLC | 12/10/2018 | 232 | $13,155.58 | Accept |
| GOLDEN VIKING SPORTS | 12/11/2018 | 237 | $219,568.82 | Accept |
| Golf Gift & Gallery | 11/27/2018 | 64 | $19,827.00 | Accept |
| Grand Enterprises West | 12/10/2018 | 211 | $6,127.60 | Reject |
| H.H. Brown Shoe Co. Inc. | 12/04/2018 | 141 | $242,446.84 | Accept |
| H.O. Sports Co. Inc | 12/03/2018 | 129 | $58,607.20 | Accept |
| HAZARDVILLE WATER COMPANY | 12/14/2018 | 286 | $929.68 | Accept |
| Helen Marcarelli | 11/26/2018 | 3 | $195.00 | Accept |
| Helly Hansen U.S. Inc. | 11/30/2018 | 102 | $26,937.39 | Accept |
| HOKA ONE ONE | 12/06/2018 | 179 | $309,844.68 | Accept |

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Hornets Sports Properties, LLC | 11/27/2018 | 62 | $300.00 | Accept |
| HURLEY INTERNATIONAL, LTD | 12/12/2018 | 247 | $264,020.85 | Accept |
| Hydrapak, LLC | 12/04/2018 | 162 | $55,209.30 | Accept |
| Igloo Products, Inc. | 12/10/2018 | 196 | $203,663.24 | Accept |
| Jason M. Hall | 12/10/2018 | 200 | $2,002.46 | Accept |
| JBL Enterprises International | 12/14/2018 | 293 | $14,474.46 | Accept |
| Jeb Commerce LLC | 12/14/2018 | 288 | $11,270.41 | Accept |
| JEB Commerce, LLC | 12/14/2018 | 291 | $24,065.61 | Accept |
| Jebcommerce LLC | 12/14/2018 | 289 | $12,795.20 | Accept |
| Justin Brands Inc | 12/04/2018 | 144 | $355,962.77 | Accept |
| Karen Angela Arnett | 12/11/2018 | 240 | $10,149.37 | Accept |
| KAY HOME PRODUCTS | 12/14/2018 | 290 | $62,448.13 | Accept |
| KEEN | 12/05/2018 | 170 | $310,932.23 | Accept |
| Kenneth R Jay Landscape Maintenance & Construction LLC | 11/26/2018 | 29 | $6,251.44 | Accept |
| Kettler International, Inc. | 12/04/2018 | 163 | $55,574.94 | Accept |
| KHS Bicycles Inc | 12/13/2018 | 261 | $184,994.50 | Accept |
| Kialoa Paddles | 11/26/2018 | 12 | $5,652.00 | Accept |
| King Henrys Inc | 11/26/2018 | 28 | $17,493.77 | Accept |
| Kokatat, Inc. | 12/03/2018 | 128 | $10,439.09 | Accept |
| Kone Inc | 12/06/2018 | 183 | $3,423.74 | Accept |
| Krystal Kleer LLC | 11/27/2018 | 74 | $1,744.14 | Accept |
| La Networks Services | 12/06/2018 | 173 | $158,848.84 | Accept |
| Lake Placid Partners | 11/27/2018 | 72 | $21,506.84 | Accept |
| Lamar-Wong, Lindsay | 11/27/2018 | 71 | $2,508.00 | Accept |
| Laura Clifford | 12/06/2018 | 178 | $85.99 | Accept |
| Laura Dunbar | 12/12/2018 | 246 | $254.95 | Accept |
| LEADTACT LIMITED | 12/12/2018 | 244 | $153,356.59 | Accept |
| LEATHERMAN | 11/27/2018 | 68 | $790.50 | Accept |
| Level 10 LLC | 11/30/2018 | 97 | $873.28 | Accept |
| Levi Strauss and Co., Inc. | 12/10/2018 | 220 | $1,420,596.97 | Accept |
| Lewis Operating Corp. | 12/14/2018 | 273 | $89,995.28 | Accept |
| Liberty Mountain Sports, LLC | 12/03/2018 | 118 | $133,141.31 | Accept |
| Life is Good, Inc. | 12/03/2018 | 131 | $135,786.65 | Reject |
| Lifeguard Pool Service | 11/26/2018 | 15 | $1,005.18 | Accept |
| Lizard Skins | 12/03/2018 | 132 | $50,575.20 | Accept |
| Longworth Ind., Inc. | 12/14/2018 | 283 | $699,767.85 | Accept |
| Lozier Corporation | 11/30/2018 | 107 | $5,121.18 | Accept |
| Mammoth Mountain Ski Area | 11/27/2018 | 50 | $60,556.00 | Accept |
| Mares Diving a Division of Head USA | 11/27/2018 | 61 | $23,082.93 | Accept |
| Margie Denton | 12/10/2018 | 221 | $73.50 | Accept |
| MARUCCI SPORTS LLC | 11/27/2018 | 51 | $51,198.25 | Accept |
| Matador Sports Properties, LLC | 11/27/2018 | 63 | $7,500.00 | Accept |
| Mc Kinley | 11/26/2018 | 11 | $3,760.50 | Accept |
| McKinley Equipment Corporation | 11/26/2018 | 35 | $14,858.99 | Accept |
| McRoskey/Granville, LLC | 12/14/2018 | 284 | $16,288.80 | Accept |
| Mediaspot, Inc. | 12/14/2018 | 285 | $607,361.95 | Reject |
| Mega Fixtures Installers, Inc. | 11/28/2018 | 76 | $12,000.00 | Accept |

Exhibit B
Class 3 Ballot Detail

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Melissa Cintron | 11/26/2018 | 9 | $160.00 | Accept |
| Meza, Carlos | 11/28/2018 | 87 | $900.00 | Accept |
| Michael Buchner Hodor | 12/13/2018 | 266 | $4,296.69 | Accept |
| MIZUNO SPORTS INC | 12/13/2018 | 252 | $7,971.29 | Accept |
| Molten USA, INC. | 12/03/2018 | 133 | $2,902.22 | Accept |
| Motion Water Sports Inc | 12/10/2018 | 226 | $50,293.57 | Accept |
| Mount Washington Observatory | 12/10/2018 | 224 | $155,000.00 | Accept |
| Mount Wilson FM Broadcasters, Inc | 12/12/2018 | 245 | $2,312.00 | Accept |
| Mountain Hardwear | 12/06/2018 | 177 | $68,692.92 | Accept |
| Mountain Hardwear | 12/06/2018 | 188 | $22,506.75 | Accept |
| Mountain Shades | 12/10/2018 | 216 | $23,569.50 | Accept |
| MOUNTAIN SHADES, INC. | 12/10/2018 | 215 | $43,357.45 | Accept |
| MPOWERED STRATEGIC PART | 12/03/2018 | 123 | $800.00 | Accept |
| Nikwax North America, Inc. | 12/04/2018 | 146 | $25,166.44 | Accept |
| Northland Industrial Truck Co. Inc. | 11/27/2018 | 69 | $966.21 | Accept |
| Northwest River Supplies, Inc. | 12/03/2018 | 126 | $57,280.77 | Accept |
| NSS Enterprises Inc | 11/27/2018 | 53 | $4,927.56 | Accept |
| Nunn Bush | 11/26/2018 | 24 | $66,813.00 | Accept |
| OAKLEY | 12/06/2018 | 172 | $302,207.16 | Accept |
| Oboz Footwear LLC | 12/12/2018 | 251 | $484,983.56 | Accept |
| Octomask | 11/28/2018 | 84 | $10,842.93 | Accept |
| Old Dominion Freight Line, Inc. | 12/03/2018 | 127 | $41,420.85 | Accept |
| Olukai, LLC | 12/04/2018 | 158 | $117,268.28 | Accept |
| Opening Technologies, Inc. | 11/30/2018 | 108 | $10,598.07 | Accept |
| Other World Computing | 12/07/2018 | 192 | $129.99 | Accept |
| PACIFIC HEADWEAR | 11/27/2018 | 73 | $1,734.78 | Accept |
| Park & Sun Inc. | 12/11/2018 | 242 | $22,035.97 | Reject |
| Patriot Communications LLC | 12/06/2018 | 171 | $433.33 | Accept |
| Payment Recovery Services | 12/13/2018 | 259 | $13,978.60 | Accept |
| Pdn Retail Center LP | 12/04/2018 | 150 | $51,889.11 | Accept |
| PECO Energy Company | 12/11/2018 | 236 | $9,057.41 | Accept |
| PEREGRINE OUTFITTERS, INC | 12/03/2018 | 117 | $29,429.68 | Accept |
| Pleasanton Garbage Service | 11/26/2018 | 26 | $3,252.19 | Accept |
| POLAR MAX /LONGWORTH IND | 12/13/2018 | 269 | $465,670.88 | Accept |
| POWER BLOCK INC | 12/13/2018 | 270 | $67,000.00 | Accept |
| PRO-FEET | 11/26/2018 | 19 | $3,247.50 | Accept |
| Professional Scuba Insp. Inc. | 12/04/2018 | 151 | $476.00 | Accept |
| PRO-TEC ATHLETICS | 12/04/2018 | 159 | $1,761.81 | Reject |
| Protera Technologies Inc | 11/27/2018 | 37 | $4,000.00 | Accept |
| Puma Wheat Accessories | 12/13/2018 | 268 | $59,967.60 | Accept |
| Pumponator Fun, LLC | 12/11/2018 | 234 | $5,512.32 | Accept |
| PVH Corp | 12/10/2018 | 190 | $684,002.06 | Accept |
| QS Wholesale, Inc. | 11/28/2018 | 89 | $1,240,789.07 | Accept |
| QUIKSILVER | 11/28/2018 | 77 | $120,255.02 | Accept |
| QUIKSILVER/ROXY | 11/28/2018 | 79 | $513,991.55 | Accept |
| Rafters | 11/26/2018 | 10 | $4,161.60 | Accept |
| Rainbow Sandals Inc | 11/26/2018 | 27 | $8,942.16 | Accept |

Exhibit B
Class 3 Ballot Detail

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Raynham Center Water District | 12/10/2018 | 198 | $74.76 | Accept |
| Record-Journal | 12/10/2018 | 199 | $3,197.76 | Accept |
| Renee Hansen | 11/26/2018 | 23 | $59.95 | Accept |
| Republican American | 12/13/2018 | 253 | $7,042.30 | Accept |
| Richardson Cap Company | 12/03/2018 | 135 | $1,111.66 | Accept |
| Riffe International Inc. | 11/30/2018 | 113 | $41,170.49 | Accept |
| RIP-IT SOFTBALL | 11/27/2018 | 52 | $379.83 | Accept |
| RIP-IT Sporting Goods | 11/27/2018 | 46 | $42,919.05 | Accept |
| Riverside Public Utilities | 12/12/2018 | 249 | $6,218.82 | Accept |
| Ron Welty | 12/05/2018 | 182 | $17,364.40 | Accept |
| Rosenthal & Rosenthal, Inc. | 12/11/2018 | 238 | $4,871.36 | Accept |
| RUSSELL ATHLETIC | 12/10/2018 | 228 | $62,861.03 | Accept |
| Russell Brands LLC | 12/10/2018 | 202 | $19,252.48 | Accept |
| Russell Brands, LLC dba Spalding | 12/10/2018 | 208 | $3,096.00 | Accept |
| San Diego Gas & Electric | 12/14/2018 | 278 | $35,895.45 | Accept |
| Sanders Fire & Safety | 12/03/2018 | 139 | $909.50 | Accept |
| Saris Cycling Group | 11/30/2018 | 109 | $13,318.86 | Accept |
| SBT Partners, LLC | 11/30/2018 | 103 | $52,865.00 | Accept |
| Schneider National Inc | 11/26/2018 | 25 | $3,336.03 | Reject |
| SCORE RIGHT PUBLISHING CO | 11/26/2018 | 2 | $682.50 | Accept |
| SCUBA OPTICS INC | 11/26/2018 | 21 | $1,410.23 | Accept |
| Sewing Collection Inc | 12/13/2018 | 258 | $5,400.00 | Accept |
| Shed Rain | 11/27/2018 | 48 | $19,753.50 | Accept |
| ShopRunner, Inc. | 12/10/2018 | 207 | $746.40 | Accept |
| Skullcandy, Inc. | 12/10/2018 | 212 | $17,730.63 | Accept |
| Sochenda Khoeurm | 12/06/2018 | 180 | $21,000.00 | Accept |
| Sourcecorp | 12/03/2018 | 122 | $7,386.99 | Accept |
| South Coast Plaza | 12/04/2018 | 155 | $962,268.15 | Accept |
| Southwest Gas Corporation | 12/10/2018 | 219 | $7,503.74 | Accept |
| Spectrum Gas Products | 11/26/2018 | 34 | $23,157.00 | Accept |
| Spirit Fitness | 11/27/2018 | 66 | $52,330.00 | Accept |
| Sport Write, Inc. | 12/03/2018 | 138 | $1,412.70 | Accept |
| SPORTIME SALES | 11/28/2018 | 78 | $997.59 | Accept |
| Sports Licensed Division of the adidas Group LLC | 11/27/2018 | 58 | $66,109.74 | Accept |
| Sports Licensed Division of the adidas Group LLC | 11/27/2018 | 67 | $17,267.21 | Accept |
| Square One Distro Inc | 11/29/2018 | 90 | $1,495.83 | Accept |
| ST CROIX | 11/27/2018 | 56 | $75.46 | Reject |
| Stamina Products, Inc. | 12/14/2018 | 294 | $1,980.00 | Accept |
| STANDARD SALES/STANSPORT | 12/14/2018 | 292 | $6,545.35 | Accept |
| Stichler Products | 12/04/2018 | 152 | $4,729.00 | Accept |
| SUN N SAND ACCESSORIES | 12/13/2018 | 256 | $8,550.00 | Accept |
| Sunday Afternoons, Inc. | 11/29/2018 | 91 | $32,717.70 | Accept |
| SuperMats, Inc. | 11/27/2018 | 45 | $4,467.50 | Reject |
| Surftech LLC | 11/27/2018 | 55 | $89,675.25 | Accept |
| Tachikara USA | 11/30/2018 | 111 | $2,254.43 | Accept |
| Taylor Made Golf | 12/10/2018 | 213 | $177,464.14 | Accept |

Exhibit B
Class 3 Ballot Detail

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Taylormade Golf /Adidas Golf | 11/28/2018 | 86 | $51,077.15 | Accept |
| TEAM PROMARK | 12/04/2018 | 156 | $1,342.92 | Accept |
| Tender Corporation d/b/a Adventure Medical Kits | 11/26/2018 | 20 | $30,614.41 | Accept |
| Textol Systems Inc. | 11/27/2018 | 60 | $196.06 | Accept |
| The Antigua Group, Inc. | 12/04/2018 | 142 | $34,191.60 | Accept |
| The Byer Manufacturing Co. | 12/03/2018 | 136 | $17,306.61 | Accept |
| The ProBar | 11/27/2018 | 70 | $4,309.20 | Accept |
| The Pyne-Davidson Company | 12/03/2018 | 124 | $13,441.58 | Accept |
| The Travel Hammock | 12/10/2018 | 225 | $15,474.00 | Accept |
| The Wiffle Ball Inc. | 11/29/2018 | 94 | $7,291.30 | Accept |
| Thomas Mcbride | 11/26/2018 | 1 | $250.00 | Accept |
| THUNDERBOX INC. | 12/10/2018 | 218 | $70,560.30 | Accept |
| TILLEY ENDURABLES CORP. | 12/10/2018 | 195 | $80,917.20 | Accept |
| Todson Inc | 11/26/2018 | 14 | $28,394.76 | Accept |
| TOWN OF RANDOLPH | 12/03/2018 | 119 | $60,635.30 | Accept |
| Tri State Maintenance Services, LLC | 12/10/2018 | 201 | $9,612.36 | Accept |
| Trident Diving Equipment | 11/30/2018 | 110 | $53,069.98 | Accept |
| Turtle Fur | 11/27/2018 | 43 | $49,808.08 | Accept |
| Twin City Realty, LLC | 11/30/2018 | 101 | $102,652.65 | Accept |
| UGG AUSTRALIA BRAND - DEC | 12/06/2018 | 186 | $151,697.61 | Accept |
| UGG INC. | 12/06/2018 | 184 | $8,977.50 | Accept |
| Unique Sports Products, Inc. | 11/27/2018 | 80 | $32,144.53 | Reject |
| Unitil | 12/04/2018 | 145 | $11,945.75 | Accept |
| US Forest Service | 12/14/2018 | 272 | $114.00 | Accept |
| USDA Forest Service | 12/14/2018 | 271 | $7,634.47 | Accept |
| VF Jeanswear, LP | 11/30/2018 | 112 | $479,651.97 | Reject |
| Vibram Fivefingers, LLC | 12/10/2018 | 206 | $150,886.48 | Accept |
| Victor Gonsalves | 11/27/2018 | 38 | $7,531.43 | Accept |
| Vizari Sport USA | 12/13/2018 | 255 | $89,468.37 | Accept |
| Volar Ideas | 12/04/2018 | 157 | $199,185.00 | Accept |
| WATERSHOT INCORPORATED | 12/06/2018 | 181 | $429.75 | Accept |
| Werner Paddles, Inc. | 12/10/2018 | 214 | $31,315.05 | Accept |
| Wings Manufacturing Corp./Jazzman Sportswear Corp. | 12/14/2018 | 276 | $2,475.00 | Accept |
| WINTERSTEIGER | 11/26/2018 | 17 | $1,880.13 | Accept |
| Wintersteiger, Inc. | 11/26/2018 | 16 | $26,631.13 | Accept |
| Woolrich, Inc. | 12/10/2018 | 204 | $391.56 | Accept |
| World Footbag Association, Inc. | 12/04/2018 | 161 | $990.00 | Accept |
| Yoga Direct LLC | 11/27/2018 | 40 | $6,711.60 | Accept |
| YoYoFactory | 11/26/2018 | 13 | $4,406.40 | Accept |
| ZAMBERLAN USA, INC. | 12/14/2018 | 281 | $9,825.61 | Accept |

# Exhibit C

Exhibit C
Opt-Out Parties

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote | Opts Out of the Release Provisions? |
|---|---|---|---|---|---|
| Amer Sports Winter & Outdoor Company | 12/10/2018 | 233 | $184,506.01 | Accept | Yes |
| EARTH, INC | 12/03/2018 | 116 | $7,128.00 | Accept | Yes |
| Easton Baseball/Softball Inc. | 12/06/2018 | 191 | $785,553.85 | Abstain | Yes |
| Exact Marketing. Inc. | 12/03/2018 | 125 | $46,975.20 | Accept | Yes |
| Huntington Beach Properties, Inc. | 12/10/2018 | 229 | $1,010,668.40 | Abstain | Yes |
| La Canada Properties, Inc. | 12/10/2018 | 230 | $461,823.71 | Abstain | Yes |
| Mt. Rose-Ski Tahoe | 11/26/2018 | 32 | $1,863.00 | Abstain | Yes |
| North San Fernando Valley Properties, Inc. | 12/10/2018 | 231 | $1,738,408.19 | Abstain | Yes |
| Performance Lacrosse Group Inc. | 12/06/2018 | 189 | $4,266.58 | Abstain | Yes |
| PRO-TEC ATHLETICS | 12/04/2018 | 159 | $1,761.81 | Reject | Yes |
| Raynham Center Water District | 12/10/2018 | 198 | $74.76 | Accept | Yes |
| Treasurer, State Of Connecticut | 12/03/2018 | 134 | $1.00 | Abstain | Yes |
| World Footbag Association, Inc. | 12/04/2018 | 161 | $990.00 | Accept | Yes |
| WS Badger Company, Inc. | 12/14/2018 | 277 | $1,194.90 | Abstain | Yes |

*The inclusion of any party on this Exhibit C is provided for informational purposes only.  Section 11.12 of the Plan states that "each Holder of a Claim in Class 3 that votes to accept the Plan is a Releasing Party, and any Release Opt-Out that might be submitted by any such Holder that voted to accept the Plan shall be void and of no effect."

# Exhibit D

Exhibit D
Ballots Not Tabulated

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Reason Not Tabulated |
|---|---|---|---|---|
| Alliance Mercantile Inc | 12/10/2018 | 209 | $1,579.50 | Not Signed |
| AQUA LUNG/SEAQUEST | 12/04/2018 | 166 | $259,676.17 | Not Signed |
| AQUASPHERE | 12/04/2018 | 167 | $149,806.64 | Not Signed |
| DEEP SEE INC | 12/04/2018 | 153 | $54,304.08 | Not Signed |
| DGL Group LTD | 12/17/2018 | 303 | $14,850.00 | Late Filed |
| Easton Baseball/Softball Inc. | 12/06/2018 | 191 | $785,553.85 | Abstained |
| ELECTRA BICYCLE COMPANY | 12/17/2018 | 304 | $331,345.54 | Late Filed |
| Go Fit | 12/03/2018 | 140 | $360,866.40 | Not Signed |
| Haddad Apparel Group LTD. | 11/30/2018 | 98 | $31,209.60 | Not Signed |
| Huntington Beach Properties, Inc. | 12/10/2018 | 229 | $1,010,668.40 | Abstained |
| ICON/PROFORM/WESLO | 12/17/2018 | 301 | $285,760.31 | Late Filed |
| Ignite USA, Division of Rubbermaid Home Products, Subsidiary of Newell Brands, Inc. | 12/17/2018 | 297 | $20,919.60 | Late Filed |
| Ignite USA, Division of Rubbermaid Home Products, Subsidiary of Newell Brands, Inc. | 12/17/2018 | 298 | $21,549.80 | Late Filed |
| Kroy LLC | 12/17/2018 | 299 | $686.23 | Late Filed |
| La Canada Properties, Inc. | 12/10/2018 | 230 | $461,823.71 | Abstained |
| LeeMarc Industries | 12/12/2018 | 248 | $57,230.16 | Not Entitled to Vote - Settled Claim |
| MANCHESTER CP LLC | 12/17/2018 | 302 | $30,739.24 | Late Filed |
| Middlegate Factors LLC | 12/17/2018 | 295 | $28,032.00 | Late Filed |
| Mt. Rose-Ski Tahoe | 11/26/2018 | 32 | $1,863.00 | Abstained |
| Native Eyewear | 12/14/2018 | 279 | $81,977.88 | Abstained |
| North San Fernando Valley Properties, Inc. | 12/10/2018 | 231 | $1,738,408.19 | Abstained |
| Pacific Market International, LLC | 12/17/2018 | 296 | $1,008.00 | Late Filed |
| Performance Lacrosse Group Inc. | 12/06/2018 | 189 | $4,266.58 | Abstained |
| Redstone Maintenance Service | 12/18/2018 | 307 | $10,935.00 | Late Filed |
| Richard E. Ostop, CT State Marshal | 11/27/2018 | 59 | $1.00 | Not Signed |
| Sportspower Ltd. | 12/17/2018 | 300 | $131,932.72 | Late Filed |
| SPORTSTICKERS LLC | 12/13/2018 | 262 | $1,526.28 | Abstained |
| Stohlquist | 12/04/2018 | 149 | $43,419.00 | Not Signed |
| THE HADDAD APPAREL GROUP, | 11/30/2018 | 99 | $12,021.19 | Not Signed |
| Treasurer, State Of Connecticut | 12/03/2018 | 134 | $1.00 | Abstained |
| TREK BICYCLE CORPORATION | 12/17/2018 | 305 | $110.91 | Late Filed |
| United Legwear Co, LLC | 12/18/2018 | 306 | $44,460.00 | Late Filed |
| WS Badger Company, Inc. | 12/14/2018 | 277 | $1,194.90 | Abstained |