**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VRG Liquidating, LLC, *et al.*, [1] | Case No. 16-10971 (LSS) |
| Debtors. | (Jointly Administered) |
| | |
| SC Liquidating 2, LLC f/k/a Sport Chalet, LLC | |
| Plaintiff, | |
| v. | Adv. Proc. No. <u>See Exhibit A</u> |
| Defendants Listed on <u>Exhibit A</u>, | |
| Defendant. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 8, 2019 AT 10:00 A.M. (ET)**

**<u>RESOLVED MATTERS</u>**

1.      Debtors' Eighth Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 2058; 11/6/18]

         <u>Related Documents</u>:

         A.      Certificate of No Objection [D.I. 2086; 11/26/18]

         B.      Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452   [D.I. 2088; 11/26/18]

---

[1]   The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) (1295); VRF Liquidating, LLC (f/k/a Vestis Retail Financing, LLC) (9362); EMSOC Liquidating, LLC (f/k/a EMS Operating Company, LLC) (2061); VIH Liquidating, LLC (f/k/a Vestis IP Holdings, LLC) (2459); BS Liquidating, LLC (f/k/a Bob's Stores, LLC) (4675); EMSA Liquidating, LLC (f/k/a EMS Acquisition LLC) (0322); SC Liquidating 2, LLC (f/k/a Sport Chalet, LLC) (0071); SCVS Liquidating, LLC (f/k/a Sport Chalet Value Services, LLC (7320); and SCTS Liquidating, LLC (f/k/a Sport Chalet Team Sales, LLC) (8015).  The Debtors' executive headquarters are located at 160 Corporate Court, Meriden, CT 06450.

Response Deadline:          November 20, 2018 at 4:00 p.m. (ET)

Responses Received:          None

Status:          An order has been entered by the Court.  No hearing is required.

2.       Debtors' Second Omnibus Motion Pursuant to Fed. R. Bankr. P. 9019 for an Order Approving Settlements [D.I. 2093[2;] 11/30/18]

Related Documents:

A.       Notice of Filing of Exhibit Settlement Agreement Regarding Debtors' Second Omnibus Motion Pursuant to Fed. R. Bankr. P. 9019 for an Order Approving Settlements [D.I. 2098[2]; 12/10/18]

B.       Certificate of No Objection [D.I. 2109[2]; 12/19/18]

C.       Order Granting Debtors' Second Omnibus Motion Pursuant to Fed. R. Bankr. P. 9019 for an Order Approving Settlements [D.I. 2111[2]; 12/20/18]

Response Deadline:          December 14, 2018 at 4:00 p.m. (ET)

Responses Received:          None

Status:          An order has been entered by the Court.  No hearing is required.

## UNCONTESTED MATTER GOING FORWARD

3.       Confirmation of First Amended Joint Plan of Liquidation of VRG Liquidating, LLC and Its Chapter 11 Affiliates and Their Official Committee of Unsecured Creditors [D.I. 2027; 10/9/18]

Related Documents:

A.       Disclosure Statement for the First Amended Joint Plan of Liquidation of VRG Liquidating, LLC and Its Chapter 11 Affiliates and Their Official Committee of Unsecured Creditors [D.I. 2028; 10/9/18]

B.       Notice of Filing of Blackline of First Amended Joint Plan of Liquidation of VRG Liquidating, LLC and Its Chapter 11 Affiliates and Their Official Committee of Unsecured Creditors [D.I. 2029; 10/9/18]

C.       Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Solicitation Packages

---

[2]  This pleading was also filed in each of the adversary cases and/or served on the parties listed on Exhibit A.

and Procedures and Deadlines For Soliciting, Receiving and Tabulating Votes on the Plan, and (V) Approving the Form of Ballot and Notice to Non-Voting Plan Classes [D.I. 2074; 11/13/18]

D.     Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of Plan and Procedures and Deadlines for Objecting to Confirmation of Plan, and (IV) Procedures and Deadline for Voting on Plan [D.I. 2075; 11/13/18]

E.     Submission of Affidavit of Publication Re Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of Plan and Procedures and Deadlines for Objecting to Confirmation of Plan, and (IV) Procedures and Deadline for Voting on Plan [D.I. 2079; 11/19/18]

F.     Declaration of P. Joseph Morrow IV of Kurtzman Carson Consultants LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Joint Plan of Liquidation of VRG Liquidating, LLC and Its Chapter 11 Affiliates and Their Official Committee of Unsecured Creditors [D.I. 2112; 12/20/18]

G.     Notice of Technical Modifications to First Amended Joint Plan of Liquidation of VRG Liquidating, LLC and Its Chapter 11 Affiliates and Their Official Committee of Unsecured Creditors [D.I. 2120; 12/27/18]

H.     Declaration of Anna O'Reilly in Support of First Amended Joint Plan of Liquidation of VRG Liquidating, LLC and Its Chapter 11 Affiliates and Their Official Committee of Unsecured Creditors [D.I. 2121; 12/27/18]

I.     Memorandum of Law in Support of Confirmation of First Amended Joint Plan of Liquidation of VRG Liquidating, LLC and Its Chapter 11 Affiliates and Their Official Committee of Unsecured Creditors [D.I. 2122; 12/27/18]

J.     Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming First Amended Joint Plan of Liquidation of VRG Liquidating, LLC and Its Chapter 11 Affiliates and Their Official Committee of Unsecured Creditors [D.I. 2123; 12/27/18]

Response Deadline:          December 17, 2018 at 4:00 p.m. (ET); Extended to December 20, 2018 for U.S. Trustee

Responses Received:

K.     Informal response from the U.S. Trustee

<u>Status</u>:    The Debtors have resolved the informal response of the U.S. Trustee through certain revisions to the plan that are reflected in the version of the plan filed with the notice identified at Item G above.  This matter is going forward on an uncontested basis.

Dated:  January 4, 2019
      Wilmington, DE

*/s/ Robert F. Poppiti, Jr.*
Robert S. Brady, Esq. (DE Bar No. 2847)
Robert F. Poppiti, Jr., Esq. (DE Bar No. 5052)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel: (302) 571-6600
Fax: (302) 571-1253

and

Michael L. Tuchin, Esq.
Sasha M. Gurvitz, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel: (310) 407-4031
Fax: (310) 407-9090

*Counsel to the Debtors and Debtors in Possession*