**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In re: VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC)**
**Debtors**

Case No. 16-10971 (LSS) [1]
Reporting Period: _December 2, 2018 to December 29, 2018_

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | | Declaration Attached |
|    Schedule of Professional Fees Paid | MOR-1b | Yes | | |
|    Copies of bank statements | | | | Declaration Attached |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | Yes | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4a | Yes | | |
|    Listing of aged accounts payable | MOR-4a | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5a | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____   _____
Signature of Debtor                                                      Date

_____   _____
Signature of Joint Debtor                                                Date

_/s/ Bob Duffy_____   January 4, 2019
Signature of Authorized Individual [2]                                   Date

**Bob Duffy**                                                            **Chief Restructuring Officer**
Printed Name of Authorized Individual                                    Title of Authorized Individual

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) (1295); VRF Liquidating, LLC (f/k/a Vestis Retail Financing, LLC) (9362); EMSOC Liquidating, LLC (f/k/a EMS Operating Company, LLC) (2061); VIH Liquidating, LLC (f/k/a Vestis IP Holdings, LLC) (2459); BS Liquidating, LLC (f/k/a Bob's Stores, LLC) (4675); EMSA Liquidating, LLC (f/k/a EMS Acquisition LLC) (0322); SC Liquidating 2, LLC (f/k/a Sport Chalet, LLC) (0071); SCVS Liquidating, LLC (f/k/a Sport Chalet Value Services, LLC) (7320); and SCTS Liquidating, LLC (f/k/a Sport Chalet Team Sales, LLC) (8015).

[2] Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**MONTHLY OPERATING REPORT**

**GENERAL NOTES AND DISCLAIMER**

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles ("GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein is provided to fulfill the requirements of the Office of the United States Trustee and have been derived from the books and records of the Debtors.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and are not reflective of the results of operations, financial position, and cash flow of the Debtors in the future.

MOR Notes

**MOR-1**
**Consolidating Schedule of Receipts and Disbursements**
**for December 2, 2018 to December 29, 2018**

| *In U.S. Dollars (000's)* | BS Liquidating, LLC (f/k/a Bob's Stores, LLC) | SC Liquidating 2, LLC (f/k/a Sport Chalet, LLC) | EMSOC Liquidating, LLC (f/k/a EMS Operating Company, LLC) | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | VIH Liquidating, LLC (f/k/a Vestis IP Holdings, LLC) | SCVS Liquidating, LLC (f/k/a Sport Chalet Value Services, LLC) | VRF Liquidating, LLC (f/k/a Vestis Retail Financing, LLC) | EMSA Liquidating, LLC (f/k/a EMS Acquisition LLC) | SCTS Liquidating, LLC (f/k/a Sport Chalet Team Sales, LLC) | Consolidated Filing Debtor Entities |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ - | $ - | $ - | $ 2,245 | $ - | $ - | $ - | $ - | $ - | 2,245 |
| **Total Cash Receipts (1)** | - | - | - | 7 | - | - | - | - | - | 7 |
| **Operating Disbursements** | | | | | | | | | | |
| Merchandise | - | - | - | - | - | - | - | - | - | - |
| Rent and Occupancy | - | - | - | - | - | - | - | - | - | - |
| Payroll & Related/Benefits | - | - | - | - | - | - | - | - | - | - |
| Freight | - | - | - | - | - | - | - | - | - | - |
| Sales Tax Payments | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - |
| Marketing & Other Disbursements (2) | - | - | - | 2 | - | - | - | - | - | 2 |
| **Total Operating Disbursements** | - | - | - | 2 | - | - | - | - | - | 2 |
| **Non-Operating Disbursements** | | | | | | | | | | |
| Professional Fees & Expenses | - | - | - | 13 | - | - | - | - | - | 13 |
| U.S. Trustee Fees | - | - | - | - | - | - | - | - | - | - |
| Liquidator Fees and GOB Expenses | - | - | - | - | - | - | - | - | - | - |
| Interest, Financing Fees, & Lender Professional Fees | - | - | - | - | - | - | - | - | - | - |
| LCs & Cash Collateral | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | - | - | 13 | - | - | - | - | - | 13 |
| **Total Disbursements** | $ - | $ - | $ - | 15 | $ - | $ - | $ - | $ - | $ - | $ 15 |
| **Net Cash Flow** | $ - | $ - | $ - | $ (8) | $ - | $ - | $ - | $ - | $ - | $ (8) |
| **Beginning Cash Balance** | $ - | $ - | $ - | $ 2,245 | $ - | $ - | $ - | $ - | $ - | $ 2,245 |
| Net Cash Flow | - | - | - | (8) | - | - | - | - | - | (8) |
| Prepetition Loan (Paydowns) | - | - | - | - | - | - | - | - | - | - |
| DIP Borrowings (Paydowns) | - | - | - | - | - | - | - | - | - | - |
| Change in Check Float - Increase (Decrease) | - | - | - | - | - | - | - | - | - | - |
| Utility Escrow Account | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | $ - | $ - | $ - | $ 2,237 | $ - | $ - | $ - | $ - | $ - | $ 2,237 |
| **Disbursements for Purposes of Calculating UST Fees** | | | | | | | | | | |
| Prepetition Loan (Paydowns) | - | - | - | - | - | - | - | - | - | - |
| Total Disbursements | - | - | - | (15) | - | - | - | - | - | - |
| **Total UST Disbursements** | $ - | $ - | $ - | $ (15) | $ - | $ - | $ - | $ - | $ - | $ - |

(1) Includes preference claim settlement payment.
(2) Includes OCP payment, mediation fees, and miscellaneous fees associated with maintaining bank account for the estate.

MOR-1

**VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC)**      Case No. 16-10971 (LSS)
**Debtors-in-Possession**      **Chapter 11**
**MOR-1a**
**Bank Account Summary**
**for December 2, 2018 to December 29, 2018**

| Bank | Account Type | Entity | Bank Account # (last four digits) | Bank Balance [1] | Account Opened During Reporting Period |
|---|---|---|---|---:|---|
| Citizens Bank | Commercial Checking | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | x5730 | 2,236,944 | No |
|  |  |  |  | - |  |
| **Total Account Cash** |  |  |  | **2,236,944** |  |
| Utility Deposit |  |  |  | **-** |  |
| Other | Other Cash |  |  | - |  |
| **Total Cash [2]** |  |  |  | **$ 2,236,944** |  |

[1] Bank statements will be made available upon request.
[2] Total Cash per Balance Sheet as of period end.

"I attest that each of the Debtors' cash accounts has been reconciled to monthly bank statements."

*/s/ Bob Duffy*
Bob Duffy
Chief Restructuring Officer

MOR-1A

**VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC)**
**Debtors-in-Possession**
**MOR - 1b**
**Schedule of Professional Fees and Expenses Paid**
**for December 2, 2018 to December 29, 2018**

| | | Amounts Paid | |
|---|---|---|---|
| **Payee** | **Payor** | **Fees** | **Expenses** |
| **Restructuring Professionals** | | | |
| FTI Consulting, Inc. | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | $    - | $    - |
| Klee, Tuchin, Bogdanoff & Stern LLP | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| Young Conaway Stargatt & Taylor, LLP | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| Lincoln International | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| A&G Realty Partners, LLC | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| Hilco Merchant Resources LLC | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| KCC | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| Cooley LP | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | 5,068 | 33 |
| Zolfo Cooper | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| Otterbourg | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| Greenberg Traurig LLP | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| Polsinelli PC | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| Sullivan & Cromwell LLP | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| Berkeley Research Group, LLC | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | 7,697 | - |
| KPMG LLP | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| US Trustee Fees | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | - | - |
| **Total Restructuring Professional Fees and Expenses Paid** | | **$ 12,765** | **$ 33** |

**VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC)**
**Debtors-in-Possession**
**MOR - 2**
**Consolidating Statement of Operations Draft**
**for December 2, 2018 to December 29, 2018**

| In U.S. Dollars (000's) | BS Liquidating, LLC (f/k/a Bob's Stores, LLC) | EMSOC Liquidating, LLC (f/k/a EMS Operating Company, LLC) | SC Liquidating 2, LLC (f/k/a Sport Chalet, LLC) | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | VIH Liquidating, LLC (f/k/a Vestis IP Holdings, LLC) | SCVS Liquidating, LLC (f/k/a Sport Chalet Value Services, LLC) | VRF Liquidating, LLC (f/k/a Vestis Retail Financing, LLC) | EMSA Liquidating, LLC (f/k/a EMS Acquisition LLC) | SCTS Liquidating, LLC (f/k/a Sport Chalet Team Sales, LLC) | Consolidated Filing Debtor Entities |
|---|---|---|---|---|---|---|---|---|---|---|
| Royalty Revenue | - | - | - | - | - | - | - | - | - | - |
| **Net Sales** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | | | | |
| **Total Cost of Goods Sold** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | | | | |
| **Gross Profit / (Loss)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | | | | |
| Total SG&A Costs, net (1) | - | - | - | (5) | - | - | - | - | - | (5) |
| | | | | | | | | | | |
| Asset Impairments | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| **Operating Income / (Loss)** | **-** | **-** | **-** | **5** | **-** | **-** | **-** | **-** | **-** | **5** |
| | | | | | | | | | | |
| Restructuring Fees & Expenses | - | - | - | 13 | - | - | - | - | - | 13 |
| DIP Financing Fees | - | - | - | - | - | - | - | - | - | - |
| Total Restructuring / Reorganization Expenses | - | - | - | 13 | - | - | - | - | - | 13 |
| | | | | | | | | | | |
| Total Other Expenses | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| **Net Income / (Loss) Before Taxes** | **-** | **-** | **-** | **(8)** | **-** | **-** | **-** | **-** | **-** | **(8)** |
| | | | | | | | | | | |
| Income Tax (Benefit) / Expense | - | - | - | - | - | - | - | - | - | - |
| **Net Income / (Loss)** | **-** | **-** | **-** | **(8)** | **-** | **-** | **-** | **-** | **-** | **(8)** |

(1) Includes OCP payment, mediation fees, and miscellaneous fees associated with maintaining bank account for the estate, net of preference settlement payment.

**VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC)**
**Debtors-in-Possession**
MOR - 3
**Consolidating Balance Sheet Final**
**as of December 29, 2018**

| In U.S. Dollars (000's) | BS Liquidating, LLC (f/k/a Bob's Stores, LLC) | EMSOC Liquidating, LLC (f/k/a EMS Operating Company, LLC) | SC Liquidating 2, LLC (f/k/a Sport Chalet, LLC) | VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | VIH Liquidating, LLC (f/k/a Vestis IP Holdings, LLC) | SCVS Liquidating, LLC (f/k/a Sport Chalet Value Services, LLC) | VRF Liquidating, LLC (f/k/a Vestis Retail Financing, LLC) | EMSA Liquidating, LLC (f/k/a EMS Acquisition LLC) | SCTS Liquidating, LLC (f/k/a Sport Chalet Team Sales, LLC) | Consolidated Filing Debtor Entities |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | - | - | - | 2,237 | - | - | - | - | - | 2,237 |
| Accounts Receivable | - | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses & Other Current Assets | - | - | - | - | - | - | - | - | - | - |
| **Total Current Assets** | **-** | **-** | **-** | **2,237** | **-** | **-** | **-** | **-** | **-** | **2,237** |
| Property, Plant & Equipment, Net | - | - | - | - | - | - | - | - | - | - |
| Trademarks & Other Intangible Assets, Net | - | - | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - |
| Deposits & Other Long-Term Assets | - | - | - | - | - | - | - | - | - | - |
| **Total Long Term & Other Assets** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **TOTAL ASSETS** | **-** | **-** | **-** | **2,237** | **-** | **-** | **-** | **-** | **-** | **2,237** |
| **Liabilities Not Subject to Compromise** | | | | | | | | | | |
| DIP Loan Balance - Revolving Credit Facility | - | - | - | - | - | - | - | - | - | - |
| Accounts Payable | - | - | - | - | - | - | - | - | - | - |
| Accrued Liabilities | - | - | - | - | - | - | - | - | - | - |
| **Total Liabilities** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Liabilities Subject to Compromise** | | | | | | | | | | |
| Prepetition Revolving Credit Facility | - | - | - | - | - | - | - | - | - | - |
| Term Loans | - | - | - | - | - | - | - | - | - | - |
| Accounts Payable | 24,443 | 16,870 | 41,696 | - | - | - | - | - | - | 83,008 |
| Accrued Liabilities | - | - | - | - | - | - | - | - | - | - |
| Intercompany, Net | - | - | - | - | - | - | - | - | - | - |
| Other Long-Term Liabilities | - | - | - | - | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | **24,443** | **16,870** | **41,696** | **-** | **-** | **-** | **-** | **-** | **-** | **83,008** |
| **TOTAL LIABILITIES** | **24,443** | **16,870** | **41,696** | **-** | **-** | **-** | **-** | **-** | **-** | **83,008** |
| **Total Equity / (Deficit)** | **(24,443)** | **(16,870)** | **(41,696)** | **2,237** | **-** | | | | **-** | **(80,771)** |
| **TOTAL LIABILITIES AND EQUITY** | **-** | **-** | **-** | **2,237** | **-** | **-** | **-** | **-** | **-** | **2,237** |

| | | |
|---|---|---|
| In re: VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) | Form:<br>Case:<br>Reporting Period: | MOR - 4<br>16-10971 (LSS)<br>12/2/18 - 12/29/18 |

**Status of Post-Petition Taxes**

I am the Chief Restructuring Officer for the Debtors in the above captioned Chapter 11 cases. I am familiar with the Debtors' day to day operations, business affairs and books and records.

To the best of my knowledge, the Debtors have filed all necessary federal, state and local tax returns and made all required post-petition tax payments in connection therewith in a timely manner or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

*/s/ Bob Duffy*  
Signature of Authorized Individual

January 4, 2019  
Date

**Bob Duffy**  
Printed Name of Authorized Individual

**Chief Restructuring Officer**  
Title of Authorized Individual

**VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC)**
**Debtors-in-Possession**
**MOR - 4a**
**Consolidated Summary of Unpaid Postpetition Debts**
as of December 29, 2018

| | In U.S. Dollars (000's) | | | | | |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable, Trade [1] | $  - | $  - | $  - | $  - | $  - | $  - |
| Inventory Received Not Vouchered [2] | - | - | - | - | - | - |
| Accounts Payable, Manual [3] | - | - | - | - | - | - |
| | $  - | $  - | $  - | $  - | $  - | $  - |

[1] Accounts Payable, Trade is aged relative to payment terms in effect as of the Petition Date.
[2] Represents the value of inventory received from various suppliers, for which a related invoice had not been received by the Debtors, as of period-end.
[3] Primarily represents period-end accruals for goods in transit.

**VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC)**
**Debtors-in-Possession**
**MOR - 5**
**Consolidated Summary of Accounts Receivable**
**as of December 29, 2018**

| *In U.S. Dollars (000's)* | Number of Days Outstanding | | | | | |
|---|---|---|---|---|---|---|
| | **Current** | **1-30** | **31-60** | **61-90** | **>90** | **Total** |
| Trade Receivables | $ - | $ - | $ - | $ - | $ - | $ - |
| Allowance for Bad Debts | - | | | | - | - |
| **Total Trade Receivables per Aging** | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | |
| Credit Card Receivables | - | - | - | - | - | $ - |
| | | | | | | |
| Other Misc. Receivables | | | | | | - |
| **Total Accounts Receivable per Balance Sheet** | | | | | | $ - |

**VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC)**　　　Case No. 16-10971 (LSS)
**Debtors-in-Possession**　　　Chapter 11
**MOR-5a**
**Debtors' Questionnaire**
**for December 2, 2018 to December 29, 2018**

|  | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened accounts(s). If an investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

MOR-5A