**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VRG Liquidating, LLC, *et al.*,[1] | Case No.: 16-10971 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Dkt. No. 2139 |

**NOTICE OF (I) CONFIRMATION AND EFFECTIVE DATE OF THE FIRST AMENDED JOINT PLAN OF LIQUIDATION OF VRG LIQUIDATING, LLC AND ITS CHAPTER 11 AFFILIATES AND THEIR OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) DEADLINE UNDER THE PLAN AND THE CONFIRMATION ORDER TO FILE PROFESSIONAL FEE CLAIMS, ADMINISTRATIVE CLAIMS, AND REJECTION CLAIMS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Entry of the Confirmation Order**. On January 9, 2019, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Dkt. No. 2139] (the "Confirmation Order") confirming the *First Amended Joint Plan of Liquidation of VRG Liquidating, LLC and Its Chapter 11 Affiliates and Their Official Committee of Unsecured Creditors* attached as Exhibit A to the Confirmation Order (together with all exhibits thereto, and as may be amended, modified, or supplemented, the "Plan")[2] in the chapter 11 cases of the above captioned debtors and debtors in possession (collectively, the "Debtors").

2. **Effective Date of the Plan**. The Effective Date of the Plan is January 16, 2019.

3. **Deadline to File Professional Fee Claims**. As provided in Section 11.2 of the Plan and in the Confirmation Order, **all final requests for payment of Professional Fee Claims pursuant to sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code, for services rendered during the period from the Petition Date through the Effective Date, must be made by application filed with the Bankruptcy Court and served on counsel to the Liquidating Trustee, counsel to the Debtors, and counsel to the U.S. Trustee no later than February 15, 2019** (*i.e.*, thirty (30) days after the Effective Date), unless otherwise ordered by the Bankruptcy Court. Objections to such applications must be filed and served on counsel to the Liquidating Trustee, counsel to the Debtors, counsel to the Committee, counsel to the U.S. Trustee and the requesting Professional on or before the date that is fourteen (14) days after the date on which the applicable application was served (or such longer period as may be allowed by order of the Bankruptcy Court or by agreement with the requesting Professional).**

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) (1295); VRF Liquidating, LLC (f/k/a Vestis Retail Financing, LLC) (9362); EMSOC Liquidating, LLC (f/k/a EMS Operating Company, LLC) (2061); VIH Liquidating, LLC (f/k/a Vestis IP Holdings, LLC) (2459); BS Liquidating, LLC (f/k/a Bob's Stores, LLC) (4675); EMSA Liquidating, LLC (f/k/a EMS Acquisition LLC) (0322); SC Liquidating 2, LLC (f/k/a Sport Chalet, LLC) (0071); SCVS Liquidating, LLC (f/k/a Sport Chalet Value Services, LLC) (7320); and SCTS Liquidating, LLC (f/k/a Sport Chalet Team Sales, LLC) (8015). The Debtors' executive headquarters are located at 160 Corporate Court, Meriden, CT 06450.

[2] Capitalized terms used but not otherwise defined in this Notice have the meanings ascribed to them in the Plan.

4. **Administrative Claim Bar Date**. As provided in Section 11.1 of the Plan and in the Confirmation Order, **all requests for payment of a Non-Ordinary Course Administrative Claim arising after March 15, 2017 must be filed with the Bankruptcy Court and served on counsel to the Liquidating Trustee, counsel to the Debtors, and counsel to the U.S. Trustee no later than March 4, 2019** (*i.e.*, the first business day that is forty-five (45) days after the Effective Date).

5. **Deadline to File Rejection Claims**. As provided for in Article VI of the Plan and in the Confirmation Order, as of the Effective Date, **(i) all executory contracts and unexpired leases of the Debtors that have not been assumed, assumed and assigned, or rejected, prior to the Confirmation Date shall be deemed rejected, pursuant to the Confirmation Order, as of the Confirmation Date; (ii) any Creditor asserting a Rejection Claim shall file a proof of claim no later than February 15, 2019** (*i.e.*, thirty (30) days after the Effective Date); **and (iii) any Rejection Claims that are not timely filed shall be forever disallowed and barred.**

6. **Copies of Confirmation Order**. The Confirmation Order may be examined free of charge at http://www.kccllc.net/vestisretailgroup. The Confirmation Order is also on file with the Bankruptcy Court and may be viewed by accessing the Bankruptcy Court's website at www.ecf.deb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at www.pacer.gov.

Dated:  January 16, 2019
        Wilmington, Delaware

*/s/ Robert F. Poppiti, Jr.*

| | |
|---|---|
| Robert S. Brady, Esq. (DE Bar No. 2847) | Michael L. Tuchin, Esq. |
| Robert F. Poppiti, Jr., Esq. (DE Bar No. 5052) | Sasha M. Gurvitz, Esq. |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| Rodney Square | 1999 Avenue of the Stars |
| 1000 North King Street | 39th Floor |
| Wilmington, Delaware 19801 | Los Angeles, CA 90067 |
| Tel:  (302) 571-6600 | Tel:  (310) 407-4031 |
| Fax:  (302) 571-1253 | Fax:  (310) 407-9090 |

*Counsel to the Debtors and Debtors in Possession*